Hattie Jean Morgan

Verse

In care of Mayor Sylvester Turner Chairman, Chief Executive officer, Executive Committee, local agent Central government figurehead

The City of Houston Municipality local government

Human/Human Rights Hattie Jean Morgan is Targeted with injustice and Discrimination which is totally Disrespect to Me and Every African American. "I am that I am" I'm Hattie Jean Morgan a human with dreams, goal's and purpose who the town, The City of Houston Local Municipality government, The States government and the Federal government. All are in Violation of Hattie Jean Morgan Human rights. Depriving Hattie of her babies, Depriving Hattie of her Identity, of my freedom, freedom of her religion, freedom of speech, of her Human/civil rights, Depriving her from Society, Depriving her of Marriage and relationship, Depriving her of freedom of her life, Depriving Depriving her of her purpose Dream's and goal's, Depriving her of her guaranteed protection under the State Law, Depriving of her liberties and justice. Depriving her of her rights to petition the government,

Sized trust funds, Financial and Property, abridge, Enslave and Slavery is a Crime and against the Law. aggressive force by Public offical and law-enforcement offical is Corruption Crimes against the Law. give Me My babies who are Anthony Wayne Morgan Jr., Billy Diante Ross, B. Writ Nukole Harris Morgan, Broderick Jamarcus Wilson Morgan Yaisha Dee Wilson, Shamika Denese Morgan give me my Identity, My Name Hattie Jean Morgan My Liberties and my Justice with all of my rights I plead that the Courts would grant Hattie Jean Morgan relief in the amount of one Billion Dollars in Due process.!! Disruption of My life has cause me and my babies great pain, suffering, injury and Mental anguish. Only God Can Judge Me and not the people. give me "Hattie" her babies, Justice and Liberties one Billion in Monetary Damages. Their is no limit to being a human. Their is no one above the Law. "How dare you" Depriving us of our God given rights and our integrity and respect. I want to file and press charges for Disruption of our live as well all the other Crime's that are being Committe. No wonder everything is chaotic and out of Control, the justice system is Broken. how can anyone lead if they can't follow rule's. forceing me to live in Texas with my babies is a Crime I am not a Slave nor are my babies, we are not Committee Property Neither are we Estates Properties Ideman Justice, Justice, Justice

Exhibit ③

Hattie Jean Morgan Disability is physically. No I'm Not Mentally Ill Nor Incompetent. give me my babies with no strings attached. My babies don't Need the City of Houston Local Minicipalities government nor the State government or Federal government to over see them as long as they have a living Mother and family to care for them that what family Loving family do.

I Pray that the Courts will grant me My babies, all of my human rights amended/civil rights with one Billion Dollars in damages Due process of one Billion Dollars

I do apologize that you all were lie too but I was lie on which did effect my life and character.